United States District Court
Southern District of Ohio

**Related Case Memorandum**
**Civil Cases**


FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 JAN -5 PM 3: 58

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

TO: Judge Sargus, Judge Graham, Magistrate Judge Deavers, Magistrate Judge Vascura,

FROM: Jodi L. Keener            , Deputy Clerk

DATE: 12/22/17

SUBJECT: Case Caption: Champaign County Board of County Commissioners v. Amerisourcebergen Drug Corporation, et al.

CASE: Case Number: 2:17-cv-001132

DISTRICT JUDGE: Judge Graham / Magistrate Judge Vascura

File Date: 12/21/2017

---

TO: Judge Sargus, Judge Watson, Magistrate Judge Deavers, Magistrate Judge Jolson

FROM: Jodi L. Keener            , Deputy Clerk

DATE: 12/22/2017

SUBJECT: Case Caption: Morrow County Board of County Commissioners v. Amerisourcebergen Drug Corporation, et al.

CASE: Case Number: 2:17-cv-01126

DISTRICT JUDGE: Judge Watson / Magistrate Judge Jolson

File Date: 12/21/2017

Memo Re: Related Civil Cases

| | |
|---|---|
| TO: | Judge Sargus, Magistrate Judge Deavers, |
| FROM: | Jodi L. Keener , Deputy Clerk |
| DATE: | 12/22/2017 |
| SUBJECT: | Case Caption: The City of Columbus v. Purdue Pharma L. P., et al. |
| CASE: | Case Number: 2:17-cv-01102 |
| DISTRICT JUDGE: | Judge Sargus / Magistrate Judge Deavers |
| | File Date: 12/15/2017 |

*Revised 7/19/2012*

Memo Re: Related Civil Cases

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Clermont County Board of County Commissioners v. Amerisourceburgen Drug Corporation, et al.**

Case Number: **2:17cv662**    District Judge: **Sargus**

File Date: **7/28/2017**    Magistrate Judge: **Deavers**

**Other related cases: See attached case information on the next page.**

*Revised 7/19/2012*

| | | | |
|---|---|---|---|
| 2:17-cv-663 | Belmont County Board of Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 7/28/17) | and | related to 2:17-cv-662 |
| 2:17-cv-664 | Brown County Board of Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 7/28/17) | and | related to 2:17-cv-662 |
| 2:17-cv-665 | Vinton County Board of Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 7/28/17) | and | related to 2:17-cv-662 |
| 2:17-cv-680 | Jackson County Board of Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 8/2/17) | and | related to 2:17-cv-662 |
| 2:17-cv-682 | Scioto County Board of Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on (8/3/17) | and | related to 2:17-cv-662 |
| 2:17-cv-696 | Pike County Board of Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 8/10/17) | and | related to 2:17-cv-662 |
| 2:17-cv-704 | Ross County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 8/11/17) | and | related to 2:17-cv-662 |
| 2:17-cv-713 | City of Cincinnati | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 8/15/17) | and | related to 2:17-cv-662 |
| 2:17-cv-723 | City of Portsmouth | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 8/16/17) | and | related to 2:17-cv-662 |
| 2:17-cv-768 ALM/CMV | Gallia County Board of Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 8/31/17) | and | related to 2:17-cv-662 |
| 2:17-cv-769 | Hocking County Board of Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 8/31/17) | and | related to 2:17-cv-662 |
| 2:17-cv-770 | Lawrence County Board of Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 8/31/17) | and | related to 2:17-cv-662 |

*Revised 7/19/2012*

| Case No. | Plaintiff | | Defendant |
|---|---|---|---|
| 2:17-cv-883 | Columbiana County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 10/12/17) | and | related to 2:17-cv-662 |
| 2:17-cv-886 | Guernsey County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 10/11/2017) | and | related to 2:17-cv-662 |
| 2:17-cv-891 | Huron County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 10/12/17) | and | related to 2:17-cv-662 |
| 2:17-cv-894 | Adam County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 10/13/17) | and | related to 2:17-cv-662 |
| 2:17-cv-904 | Licking County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 10/18/17) | and | Related to 2:17-cv-662 |
| 2:17-cv-918 | Eric County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 10/20/17) | and | Related to 2:17-cv-662 |
| 2:17-cv-975 | Crawford County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 11/6/17) | and | Related to 2:17-cv-662 |
| 2:17-cv-1012 | Fairfield County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 11/17/2017) | and | Related to 2:17-cv-662 |
| 2:17-cv-1024 | Butler County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 11/22/2017) | and | Related to 2:17-cv-662 |
| 2:17-cv-1102 | The City of Columbus | Vs. | Purdue Pharma L. P., et al. |
| | (filed on 12/15/2017) | and | **Related Case Memo Pending** |
| 2:17-cv-1126 | Morrow County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
| | (filed on 12/21/2017) | and | **Related Case Memo Pending** |

*Revised 7/19/2012*

Memo Re: Related Civil Cases

| 2:17-cv-1132 | Champaign County Board of County Commissioners | Vs. | Amerisourcebergen Drug Corp. |
|---|---|---|---|
| | (filed on 12/21/2017) | and | **Related Case Memo Pending** |
| | | | |

*Revised 7/19/2012*

Memo Re: Related Civil Cases

The District Judges having conferred, we respond to Case Administrator  Jodi L. Keener  as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  Sargus

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

---

United States District Chief Judge Sargus

_____  1-2-2018
United States District Judge Marbley

_____
United States District Judge Watson

_____
United States District Judge Graham

cc: Courtroom Deputies

*Revised 7/19/2012*